UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:  
CARL ANTHONY BAXTER  
AGNES BOYKINS BAXTER

CASE NO: 07-00816-5-ATS  
CHAPTER 13

## REPORT OF UNCLAIMED DIVIDENDS

       The undersigned Chapter 13 Trustee, having concluded administration of the estate referenced above, respectfully reports unto the Court,

1. That checks were issued to the debtors in payment of dividends due in the distribution of the estate, and that one or more of said checks have been returned to the undersigned as unclaimed dividends or have not been negotiated, said checks being as follows:

| NAME AND LAST KNOWN ADDRESS | AMOUNT OF DIVIDEND |
|---|---|
| CARL ANTHONY BAXTER<br>AGNES BOYKINS BAXTER<br>2290 KERFIELD CT<br>FAYETTEVILLE, NC 28306-2593 | $99.00 |

2. That, if such dividend check(s) were returned as a result of an insufficient or incorrect mailing address or if the checks were not negotiated, the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the the debtors, and that all efforts have been unsuccessful;

       **WHEREFORE**, the undersigned Trustee desires to pay to the Court said unclaimed dividends pursuant to 11 U.S.C. §347.

DATED: May 07, 2010

*/s/ John F. Logan*  
John F. Logan  
Chapter 13 Trustee